

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00628-CR

Steven Mitchell **GARY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2945
Honorable Mary D. Roman, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 9, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle, Clerk